# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Amber Chavez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Get It Now, LLC d/b/a Home Choice,<br><br>　　　　Defendant. | Case No.:  17-CV-1490-DWF-HB<br><br><br>**NOTICE OF APPEAL** |

Pursuant to Fed. R. App. P. 3(c)(1) and 4 (a) and 9 U.S.C. § 16(a), notice is hereby given that Defendant Get It Now, LLC d/b/a Home Choice, appeals to the United States Court of Appeals for the Eight Circuit from this Court's Memorandum Opinion and Order entered on January 16, 2018 [ECF # 16] denying Defendant's Motion to Compel Arbitration and Stay Action [ECF # 5].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **AMBER CHAVEZ** | **GET IT NOW, LLC D/B/A HOME CHOICE** |
|---|---|
| Mark L. Vavreck (MN #318619)<br>**Gonko & Vavreck PLLC**<br>401 North Third Street, Suite 600<br>Minneapolis, MN 55401<br>Telephone: (612) 659-9500<br><br>-and-<br><br>Thomas J. Lyons, Jr. (MN #249646)<br>**Consumer Justice Center, P.A.**<br>376 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone: (651) 770-9707 | Cameron A. Lallier (MN #393213)<br>**Foley & Mansfield, PLLP**<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, MN  55401<br>Telephone:   (612) 338-8788<br><br>-and-<br><br>Rob Friedman (TX #24007207)<br>**Littler Mendelson P.C.**<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 880-8155 |

2

**FOLEY & MANSFIELD, PLLP**

Dated: February 13, 2018    By: /e/ Cameron A. Lallier
Cameron A. Lallier (#393213)
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401
Telephone:   (612) 338-8788
Facsimile:   (612) 338-8690

**ATTORNEYS FOR DEFENDANT GET IT NOW, LLC D/B/A HOME CHOICE**