## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amber Chavez,                                                Civil No. 17-1490 (DWF/HB)

           Plaintiff,

v.                                                      **ORDER FOR DISMISSAL**
                                                            **WITH PREJUDICE**

Get It Now, LLC d/b/a Home Choice,

           Defendant.

Pursuant to the parties' Stipulation of Dismissal filed on May 20, 2019, (Doc. No. [23]),

**IT IS HEREBY ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE**, with each party to bear her or its own costs and attorney fees.

Dated:  May 20, 2019                      <u>s/Donovan W. Frank</u>
                                            DONOVAN W. FRANK
                                            United States District Judge